HIGGINS *et al.* v. GAINES *et al.*

GEORGE, J. The order overruling a motion to continue the hearing of a motion to dissolve a temporary restraining order, and a judgment dissolving the temporary restraining order, can not be reviewed by the Supreme Court on a fast writ of error, under the Civil Code (1910), § 6153. *Young* v. *Harris*, 146 *Ga.* 338 (91 S. E. 39); *Akins* v. *Mull*, 150 *Ga.* 459 (104 S. E. 209), and cases cited.

*Writ of error dismissed. All the Justices concur.*

No. 2099. DECEMBER 20, 1920.

Petition for injunction. Before Judge Bell. Fulton superior court. May 1, 1920.

*James & Bedgood* and *John H. Hudson,* for plaintiffs.

*C. N. Davie* and *A. C. Wheeler,* for defendants.